**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

DANIEL BRIAN HARGROVE,  : No. 87 WAL 2015
:
Petitioner  :
: Petition for Allowance of Appeal from the
: Order of the Commonwealth Court
v.  :
:
:
:
COMMONWEALTH OF PENNSYLVANIA, :
DEPARTMENT OF TRANSPORTATION, :
BUREAU OF DRIVER LICENSING,  :
:
Respondent  :

## ORDER

**PER CURIAM**

**AND NOW**, this 30th day of June, 2015, the Petition for Allowance of Appeal is

**DENIED**.